### First Department, October Term, 1885.

The People of the State of New York *ex rel.* Robert Fairchild, Appellant, v. The Same, Respondents. — Order quashing writ affirmed, with costs and disbursements. Opinion by Dykman, J.; Pratt, J., not sitting.

The People of the State of New York *ex rel.* Isaac W. Peck, Appellant, v. The Same, Respondents. — Order quashing writ affirmed, with costs. Opinion by Dykman, J.; Pratt, J., not sitting

The People of the State of New York *ex rel.* John McLaughlin, Appellant, v. The Same, Respondents. — Order quashing writ affirmed, with costs and disbursements. Opinion by Dykman, J.; Pratt, J., not sitting.

The People of the State of New York *ex rel.* John J. Donovan, Appellant, v. The Same, Respondents. — Order quashing writ affirmed, with costs and disbursements. Opinion by Dykman, J.; Pratt, J., not sitting.

Peter Wyckoff, Appellant, v. H. M. Sadler and others, Respondents. — Judgment affirmed, with costs. Opinion by Pratt, J.

Phebe L. Scovil, Respondent, v. The Mercantile Trust Company, Appellant. — Appeal withdrawn on settlement.

John Murray, an Infant, Respondent, v. Henry A. Smith, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J

Sherburne Shaw v. The New York, Lake Erie and Western Railroad Company. — Judgment of General Term modified by making it read that the reversal was on a question of law and fact.

Dubois Bogardus, Respondent, v. The Town of Wappinger, Appellant. — Judgment affirmed, with costs. Opinion by Pratt, J.

Patrick Murphy, an infant, Respondent, v. William H. Mairs, Appellant. — Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.

Henry E. Wheeler, Appellant, v. George R. Dutton and another, Respondents — Judgment affirmed, with costs. Opinion by Dykman, J.

Essie Tynan, Administratrix, Respondent, v. Henry E. Pierrepont, Jr., and another, Appellants. — Judgment and order denying new trial affirmed, with costs Opinion by Pratt, J.

Mary J. Graeffe, Respondent, v. Norman K. Shears, Appellant, Impleaded, etc. — Order overruling defendant's demurrer and judgment thereon, affirmed, with costs Opinion by Dykman, J.

The Grand Street and Newtown Railroad Company, Respondent, v. The Long Island Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with cost. Opinion by Dykman, J.; Pratt, J., not sitting.

Edward E. Darrow and another, Appellants, v. The Fabric Fire Hose Company, Respondent. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

John Lilly, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent. — Judgment affirmed, with costs.

Robert Furey and others, Respondents, v. The Town of Gravesend and others, Appellants. — Order granting injunction reversed, with costs and disbursements, and order denying same affirmed, with costs. Judgment reversed and new trial granted, costs to abide event. Opinion by Dykman, J.

Rowland Brill, Appellant, v. John Brill, Respondent. — Judgment reversed and new trial granted. Opinion by Pratt, J.

In the Matter of the Application of the Staten Island Rapid Transit Company, Respondent, to acquire title to certain real estate of John N. A. Griswold and others, Owners, etc., Appellants. — Appeal withdrawn and settled.

### First Department, October Term, 1885.

*In the Matter of the Application of Henry B. Laidlaw, late Chamberlain. — Motion granted.

Attorney General v. Continental Life Insurance Company. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

John B. Manning, Appellant, v. Bernard Reilly, Respondent. — Judgment affirmed. Opinion by Brady, J.

The People of the State of New York, Respondent, v. Miguel Chacon, Appellant. — Judgment affirmed. Opinions by Daniels, J., and Davis. P. J., and by Brady, J., dissenting.

Henry W. Sharpless and another, Respondents, v. Walter K Lits and another, Appellants. Judgment and order affirmed as to Lits and reversed as to Kitchell and new trial directed, without costs. Opinion by Daniels, J.

Joseph Bissicks, Plaintiff, v. Isaac N. Hebbard, Defendant. — Judgment affirmed, with costs, to abide event of accounting. Opinion by Brady, J.

Edward Rowe, Respondent, v. William H. Kelly and another, Administrators, Appellants. — Judgment reversed, new trial ordered, costs to abide event Opinion by Daniels, J.

Jacob J. Banta, Appellant, v. James Naughton, Respondent. — Order reversed ; order entered as directed in opinion, with ten dollars costs and disbursements. Opinion by Daniels, J.

David L. Von Moppes v. Philip Leimbach and others.

Justin Wertheimer v. The Same.

Gustav Kuhn v. The Same. — Order reversed, motion granted with ten dollars costs in one case and the disbursements in each. Opinion by Brady, J.

Emigrant Industrial Bank, Respondent, v. Isabella B. Clute, Appellant, Impleaded, etc. — Judgment affirmed, with costs. Opinion by Davis, P J.

John L. Myers, Respondent, v. Charles M. Raymond, Appellant. — Judgment reversed, new trial ordered before another referee, costs to abide event. Opinion by Brady, J.

Augustus B. Debost, Respondent, v. Sarah Hill, Appellant. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Daniels, J., and by Brady, J., dissenting.

Samuel J. Goodenough, Plaintiff, v. Alice E. De Groot, as Administratrix, etc., Defendant and Appellant.—Order reversed, with ten dollars costs and disbursements, but without predjudice to such proceedings as the respondents may be advised after the coming in and confirmation of referee's report, and without prejudice to any other proceedings against the administratrix. Opinion by Davis, P. J.

Nellie Card and another, Respondents, v. The Manhattan Railway Company, Appellant. — Judgment affirmed, with costs. Opinions by Brady and Daniels, JJ.

Martha W. Leach, Respondent, v. James A. Flack, Appellant.—Judgment reversed, new trial ordered, costs to abide event. Opinion by Daniels, J.

John A. Deraismes, Executor, etc., Respondent, v. Lawrence Ennis, Appellant. — Judgment affirmed, without costs. Opinion by Davis, P. J.